

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

David Eron Bouknight, Appellant

No. 06-14-00034-CV          v.

Cynthia Dianne Bouknight, Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 06-0896). Memorandum Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, David Eron Bouknight, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 2, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk